UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| RAMON THOMAS, M.D. ) | |
| ) | |
| Plaintiff ) | |
| ) | ***Electronically filed*** |
| ) | |
| v. ) | |
| ) | Civil Action No. _____ |
| ) | |
| BAPTIST HEALTH MEDICAL ) | |
| GROUP, INC. ) | |
| ) | |
| ) | |
| Defendant ) | |

## NOTICE OF REMOVAL

\* \* \* \* \* \* \* \*

Defendant Baptist Health Medical Group, Inc. ("Baptist"), by counsel and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby notifies this Court that it is removing the above-captioned action, currently pending as Civil Action No. 20-CI-03419 in Fayette Circuit Court, to the United States District Court for the Eastern District of Kentucky, Central Division. In his Complaint, Plaintiff alleges claims under one or more federal statutes and, therefore, this Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331, 42 U.S.C. § 2000e *et seq*., and 29 U.S.C. § 621 *et seq*. All requirements for removal of this action have been met. As further grounds for removal, Baptist states as follows:

1.  On November 11, 2020, Plaintiff Ramon Thomas, M.D. ("Thomas") filed a lawsuit in Fayette Circuit Court, Kentucky styled, *Ramon Thomas, M.D. v. Baptist Health*

*Medical Group, Inc.*, Civil Action No. 20-CI-03419, arising out of Plaintiff's employment with, and separation from, Baptist. [*See* Exhibit A, State Court Documents, Complaint.]

2. Baptist has not yet filed an answer or otherwise responded to the Complaint. This Notice of Removal is timely under 28 U.S.C. § 1446 in that Baptist filed it within thirty days of the date of service and the date the action was filed.

3. Baptist filed this Notice of Removal on December 3, 2020.

4. The above described action is one which may be removed by Baptist pursuant to the provisions of 28 U.S.C. §§ 1331, 1367, and 1441 on the basis of federal question jurisdiction and supplemental jurisdiction.

5. In his Complaint, Plaintiff alleges Baptist discriminated against him on account of his race and sex in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq*. [Exhibit A, Complaint, Count III] Plaintiff further alleges Baptist discriminated against him on account of his age in violation of the Age Discrimination in Employment Act of 1967, 29 U.S.C. § 621 *et seq*. [*Id.* at Count II] Plaintiff also asserts claims of discrimination on account of his race, age, and sex under the Kentucky Civil Rights Act ("KCRA"). [*Id.* at Count I]

6. This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 because one or more of Plaintiff's claims – race, sex, and age discrimination in violation of Title VII and the Age Discrimination in Employment Act – arises "under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

7. This Court has supplemental jurisdiction, pursuant to 28 U.S.C. § 1367 and general principles of supplemental jurisdiction, over Plaintiff's remaining state law claims, specifically race, sex, and age discrimination under the KCRA.

8. The Eastern District of Kentucky is the proper judicial district for removal, as it embraces the place, Fayette County, Kentucky, where the action is currently pending. The Central Division is the proper division within the district pursuant to Local Rule 3.1(a)(2).

9. Venue is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district and division corresponding to the place, Fayette County, Kentucky, where the action is pending.

10. By virtue of this Notice of Removal, Baptist does not waive its right to respond to the Complaint and/or assert any claims, defenses, or other motions.

11. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Baptist in this action as of the date of filing this Notice of Removal is attached hereto. [*See* Exhibit A].[1]

12. This Notice of Removal will be served on all adverse parties in accordance with 28 U.S.C. § 1446.

13. This action is not an action described in 28 U.S.C. § 1445.

14. A true and correct copy of this Notice of Removal will be filed with the clerk of the Fayette Circuit Court in accordance with 28 U.S.C. § 1446.

WHEREFORE, this action is properly removed from the Circuit Court of Fayette County, Kentucky, to this Court for all further proceedings.

---

[1] Aside from the Civil Summons and Complaint, Baptist has not been served with any other papers, pleadings or orders in this matter.

Respectfully submitted,

/s/ Amir J. Nahavandi
Donna King Perry
Alina Klimkina
Amir J. Nahavandi
Dinsmore & Shohl LLP
101 South Fifth Street, Suite 2500
Louisville, KY 40202
Phone: 502-540-2300
Fax: 502-585-2207
donna.perry@dinsmore.com
alina.klimkina@dinsmore.com
amir.nahavandi@dinsmore.com

*Counsel for Defendant*
*Baptist Health Medical Group, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was served via the Court's electronic case management system (CM/ECF) on this 4th day of December, 2020, upon the following:

Thomas W. Miller, Esq.
Elizabeth C. Woodford, Esq.
Miller, Griffin & Marks, P.S.C.
271 West Short Street, Suite 600
Lexington, KY 40507

*Counsel for Plaintiff*

/s/ Amir J. Nahavandi
*Counsel for Defendant*

17167136.1